UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JI HYE CHOI,

                Plaintiff,

-against-

YEOUNG SOO KIM,

                Defendant.

24-cv-6526 (JGK)

ORDER OF SERVICE

**JOHN G. KOELTL, District Judge:**

    The plaintiff brought this action, <u>pro se</u>, alleging copyright infringement against the defendant. As this is a fee-paid case, the plaintiff must request the issuance of summons and effect service on the defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure. Pro se plaintiffs can access more information on the public website about effecting service in the guide, Service of Process Where Fees Have Been Paid: https://nysd.uscourts.gov/forms/service-guide-pro-se-cases-where-fees-have-been-paid.

    The plaintiff is directed to request the issuance of summons by **November 1, 2024.**

**SO ORDERED.**

Dated: October 15, 2024
      New York, New York

                                                  JOHN G. KOELTL
                                        **United States District Judge**