```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JI HYE CHOI,

        Plaintiff,

  -against-

YEOUNG SOO KIM,

        Defendant.

24-cv-6526 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the plaintiff had 90 days from filing the complaint to serve the summons and complaint on the defendant. Fed. R. Civ. P. 4(m). To date, the plaintiff has not served the summons and complaint.

The plaintiff, proceeding pro se, requested the issuance of summons on October 22, 2024, then again on November 8, 2024. ECF Nos. 6 & 7. The summons issued on November 8, 2024. ECF No. 8.

Accordingly, the time to serve is extended until **February 6, 2025**, 90 days from the issuance of summons in this case. If service is not made by **February 6, 2025**, the case may be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated: New York, New York
      November ~~18~~ 17, 2024

_____
John G. Koeltl
United States District Judge