```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JI HYE CHOI,

                Plaintiff,

    -against-

YEOUNG SOO KIM,

               Defendant.

24-cv-6526 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As stated in Standing Order M10-468, ECF No. 3, parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. The plaintiff has provided such consent in this case. ECF No. 2.

    Pursuant to Rule 4(c)(1) of the Federal Rules of Civil Procedure, "[t]he plaintiff is responsible for having the summons and complaint served" on the defendant "within the time allowed by Rule 4(m)." Fed. R. Civ. P. 4(c)(1). Therefore, the Clerk sent a summons and complaint to the plaintiff so that the plaintiff can serve the documents on the defendant. Rule 4(m) provides the plaintiff with 90 days to serve a defendant. Fed. R. Civ. P. 4(m). In appropriate cases, Rule 4(f) displaces Rule 4(m) and sets forth procedures for serving an individual in a foreign country. Fed. R. Civ. P. 4(f).

    On November 18, 2024, the time for the plaintiff to serve the summons and complaint on the defendant was extended to

**February 6, 2025.** ECF No. 10. As stated in the previous Order, id., if the plaintiff fails serve the defendant by **February 6, 2025,** this case may be dismissed without prejudice for failure to prosecute.

The Court notes that there is a Pro Se Law Clinic available to assist self-represented parties in civil cases. The Clinic may be able to provide a pro se party with advice in connection with the party's case. The Clinic may be able to assist the plaintiff with advice in connection with service of the summons and complaint. The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center ("CBJC"); it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit). Litigants in need of legal assistance should complete the CBJC's intake form to make an appointment. If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10 a.m. to 4 p.m., Eastern Time.

Appointments are also available remotely Monday through Friday, 10 a.m. to 4 p.m., Eastern Time. The CBJC's flyer is enclosed.

The Clerk is directed to close ECF No. 11.

**SO ORDERED.**

**Dated:** **New York, New York**
        **December 5, 2024**

                                    _____
                                            John G. Koeltl
                                    United States District Judge

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court

## HOW TO ACCESS OUR SERVICES



For assistance, please complete the online form located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please call (212) 382-4794. Please leave a message and wait for us to call you back.