UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JI HYE CHOI,

                Plaintiff,

    -against-

YEOUNG SOO KIM,

               Defendant.

24-cv-6526 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    On November 8, 2024, the summons issued in this case. ECF No. 8. On the same day, an information package regarding service also issued. ECF No. 9.

    Because the pro se plaintiff has consented to electronic service, ECF No. 2, the summons and the information package regarding service were sent by the PACER/CM-ECF service to the plaintiff's email address provided in the Consent to Receive Documents Electronically Form, aplus7700@gmail.com. In the future, the Court will not direct the Clerk to send separately any filings to the plaintiff. If the plaintiff has questions about the PACER/CM-ECF service, the plaintiff is directed to contact the ECF Help Desk by email at help_desk@nysd.uscourts.gov or by telephone at 212-805-0800 ext. 2.

    The time to effect service pursuant to Rule 4 of the Federal Rules of Civil Procedure is extended until **March 6,**

**2025**. If service is not made by **March 6, 2025,** this case may be dismissed without prejudice for failure to prosecute. No further extensions will be provided absent a showing of exceptional good cause.

To avoid any unnecessary delay, the Clerk is directed to send copies of: (1) the complaint, ECF No. 1; (2) the summons, ECF No. 8; and (3) the information package, ECF No. 9, to the plaintiff by email at aplus7700@gmail.com, and to note such e-mailing on the docket. The Clerk is also directed to close ECF Nos. 13 & 14.

**SO ORDERED.**

Dated: New York, New York
January 27, 2025

_____
John G. Koeltl
United States District Judge