UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JI HYE CHOI,

                Plaintiff,

    -against-                24-cv-6526 (JGK)

YEOUNG SOO KIM,                ORDER

                Defendant.

JOHN G. KOELTL, District Judge:

    The defendant filed a motion to dismiss for insufficient service of process pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure. ECF No. 18. The plaintiff should respond to the defendant's motion by **April 11, 2025**. The defendant may reply by **April 28, 2025**.

    The Clerk is directed to mail a copy of this Order to the defendant at 37, Donggyo-ro 25 gil, Mapo-gu, Seoul, South Korea, and note such mailing on the docket.

SO ORDERED.

Dated: New York, New York
       March 10, 2025

                                        _____
                                        John G. Koeltl
                                        United States District Judge