UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JI HYE CHOI,<br><br>                    Plaintiff,<br><br>    -against-<br><br>YEOUNG SOO KIM,<br><br>                    Defendant. | 24-cv-6526 (JGK)<br><br>ORDER |

JOHN G. KOELTL, District Judge:

    The defendant has moved for reconsideration of the Court's July 7, 2025 Order (ECF No. 32) authorizing alternative service by email. See ECF No. 33. The plaintiff should respond by **Thursday, August 14, 2025**. The defendant may reply by **Monday, August 25, 2025**.

    The Clerk is respectfully requested to email a copy of this Order to the pro se defendant at kostarsale@gmail.com.

SO ORDERED.

Dated: New York, New York
       July 31, 2025

                                              /s/ John G. Koeltl
                                              John G. Koeltl
                                          United States District Judge