```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------
JI HYE CHOI,
                    Plaintiff,          24-cv-6526 (JGK)

     - against -                        ORDER

YEOUNG SOO KIM,
                    Defendant.
---------------------------------------
```

**JOHN G. KOELTL, District Judge:**

The deadline for the defendant to answer the plaintiff's complaint is **December 2, 2025.**

The Clerk is respectfully requested to email a copy of this Order to the defendant at kostarsale@gmail.com.

**SO ORDERED.**

Dated:   New York, New York
         November 18, 2025

_____
John G. Koeltl
United States District Judge